USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANY S. PEREZ,<br><br>Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 25-cv-2786 (LJL)<br><br>ORDER |

LEWIS J. LIMAN, United States District Judge:

On July 30, 2026, Magistrate Judge Valerie Figueredo issued a Report and Recommendation recommending that the Court grant Plaintiff's motion for judgment on the pleadings and remand the case for further administrative proceedings. Dkt. No. 17. Magistrate Judge Figueredo advised the parties that they had fourteen (14) days to file written objections to the Report and Recommendation. No such objections have been filed by either party.

In reviewing a Magistrate Judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties are given the opportunity to raise timely objections to the report and recommendation within fourteen (14) days. *Id.* The Court reviews any portion of the report subject to an objection *de novo*; however, in the absence of any objection, the Court reviews the report and recommendation only for clear error. Fed. R. Civ. P. 72(b) Advisory Committee Notes; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018) (summary order).

The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its

entirety. The Court GRANTS Plaintiff's motion for judgment on the pleadings and remands the matter for further administrative proceedings consistent with the Report and Recommendation.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 11.

SO ORDERED.

Dated: August 17, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge